AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RAFAEL BERNARDO ALVAREZ,

        Plaintiff,

v.

CLARK COUNTY, *et al.*,

        Defendants.

JUDGMENT

Case Number:  2:22-cv-00261-ART-EJY

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss (ECF No. 15) is GRANTED. This action is dismissed without prejudice.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date:  July 11, 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*